

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE VICTOR MIRANDA-CASTRO | CASE NUMBER: 08 mj 1578 |

I, __JOSE VICTOR MIRANDA-CASTRO__, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Victor Miranda_
Defendant

_[signature]_ 6/5/08
Counsel for Defendant

Before _[signature]_
Judicial Officer

FILED
JUN 1 2 2008